**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ROBERT A. HULL,

        Plaintiff,

vs.                                  Case No.  2:07-cv-166-FtM-34DNF

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**ORDER**[1]

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 29; Report), entered by the Honorable Douglas N. Frazier, United States Magistrate Judge, on September 5, 2007.  In the Report, Magistrate Judge Frazier recommended that the Court deny Plaintiff's Motion for an Injunction/Temporary Restraining Order (Doc. No. 27).  See Report at 3.  On September 17, 2007, Plaintiff filed objections to the Report and Recommendation.  See Objection to Doc. # 29 (Doc. No. 31; Objections).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

---

[1]  This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically.  However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).  Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

> **ORDERED:**

> 1.    Plaintiff's Objections to the Report and Recommendation, set forth in Objection to Doc. # 29 (Doc. No. 31) are **OVERRULED**.

> 2.    The Magistrate Judge's Report and Recommendation (Doc. No. 29) is **ADOPTED** as the opinion of the Court.

> 3.    Plaintiff's Motion for an Injunction/Temporary Restraining Order (Doc. No. 27) is **DENIED**.

> **DONE AND ORDERED** at Fort Myers, Florida this   10th   day of June, 2008.

**MARCIA MORALES HOWARD**
United States District Judge

lc5
Copies to:
Counsel of Record
Pro Se Plaintiff

-2-